| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtor | **Order Filed on June 11, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |

In Re:

Rosaline Desravines,

Debtor.

Case No.:   __19-11326 (SLM)__

Chapter:   __13__

Judge:   __Stacey L. Meisel__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____03/07/2019_____ :

Property:       330 Highland Ave, Orange, NJ 07050

Creditor:       Midland Mortgage

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/03/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2