Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11326−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roseline Desravines
330 Highland Ave.
Orange, NJ 07050

Social Security No.:
xxx−xx−4992

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*40* − Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Roseline Desravines. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Stevens, David)

*41* − Objection to Debtor's Application for Extension of Loss Mitigation Period (related document:40 Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Roseline Desravines. Objection deadline is 12/9/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Roseline Desravines) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Certificate of Service) (Carlon, Denise)

Dated: 12/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court