SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-11326

| Re: | ROSELINE DESRAVINES | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
| | 330 HIGHLAND AVE. | | 1599 HAMBURG TURNPIKE |
| | ORANGE, NJ 07050 | | WAYNE, NJ 07470 |

## RECEIPTS AS OF 01/15/2020                                  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/01/2019 | $200.00 | 5665978000 | 03/04/2019 | $200.00 | 5666294000 |
| 04/03/2019 | $200.00 | 5757963000 | 05/02/2019 | $200.00 | 5831572000 |
| 07/09/2019 | $200.00 | 6003835000 | 08/05/2019 | $200.00 | 6066821000 |
| 09/16/2019 | $200.00 | 6178330000 | 10/07/2019 | $200.00 | 6238752000 |
| 11/04/2019 | $200.00 | 6304448000 | 12/04/2019 | $200.00 | 6383114000 |

**Total Receipts: $2,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020            (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 92.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,560.00 | 100.00% | 1,907.60 | 652.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | FIRST CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | I C SYSTEM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 485.71 | 100.00% | 0.00 | 485.71 |
| 0009 | SOUTH MOUNTAIN IMAGING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $2,000.00**
See Summary

**Chapter 13 Case # 19-11326**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,000.00           -     Paid to Claims: $0.00       -     Admin Costs Paid: $2,000.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.