**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 12, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ROSELINE DESRAVINES

Case No.:  19-11326 SLM

Hearing Date:  3/11/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 12, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ROSELINE DESRAVINES

Case No.:  19-11326

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/11/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to reinstate stay by 3/18/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to reinstate stay has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan to cure the arrears and to provide for completion of a loan modification outside the Court's Loss Mitigation Program by 3/25/2020 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan to cure the arrears and to provide for completion of a loan modification outside the Court's Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.